THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>KAREN PORTINE,<br><br>Defendant. | CASE NO. C11-1214-JCC<br><br>ORDER |

Having reviewed Plaintiff's Complaint, Defendants' motion to dismiss, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the remaining record, the Court orders as follows:

1. The Court adopts the Report and Recommendation.
2. Defendants' motion to dismiss (Dkt. No. 15) is GRANTED. Plaintiff's Complaint (Dkt. No. 9) and this action are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.
3. Defendants' motion to stay discovery (Dkt. No. 16) is STRICKEN as moot.
4. The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

//

//

1  DATED this 10th day of February 2012.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE